UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

IRWIN DEAN #128966

Plaintiff,

V.

Robert Carter, IDOC Commissioner
Brian Smith, PCF Superintendent
Tim Phegley, PCF Asst. Supt. of Opr.

FILED
4:04 pm, Feb 23, 2017
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Laura A. Briggs, Clerk

## PRISONER COMPLAINT 42 USC 1983

A. **Plaintiff**
  1.
  2. I am held at the Putnamville Correctional Facility
  3. The address is 1946 W. U.S. Hwy. 40 - Greencastle, IN. 46135
  4. Did the things you are suing about happen in the place listed above?
    ☑ Yes, it happened in the same facility I am being held at today
  5. Did the things you are suing about happen:
    ☑ After conviction while confined serving a sentence.

B. **Defendants**
  1. Robert Carter, IDOC Commissioner, 302 W. Washington St. Indianapolis, Indiana 46204.
  2. Brian Smith, PCF Superintendent, 1946 W. U.S. Hwy. 40 Greencastle, IN. 46135.
  3. Tim Phegley, PCF Asst. Supt. of Opr, 1946 W. U.S. Hwy. 40 Greencastle, IN. 46135.

# GRIEVANCE PROCEDURE

A. Is there a prisoner grievance system that would allow you to file a grievance about the things you are suing about? ☒ YES

B. IF/Yes, did you file a grievance about the things you are suing about ☒ YES

# CAUSE OF ACTION WITH SUPPORTING FACTS

1. This is a complaint for declatorial injunction relief brought by Irwin Dean who is a pro se prisoner at the Putnamville Correctional Facility (will be referred to as PCF in future referrences), who has been denied the right to pray individually or in group settings outside of regular scheduled service which is once a week due to the Defendants' policy.

2. This action to deny Plaintiff is a result of a new directive that PCF has issued back around November 09, 2015: EXECUTIVE DIRECTIVE ISF 122 is a replacement of EXECUTIVE DIRECTIVE #14-55. See attached exhibits "A" and "B".

3. Due to this Executive Directive by PCF there was a change on how an offender/inmate was allowed to pray. The new Executive Directive, referred to as "Exhibit A", under sentence 2, states that no sitting or laying is permitted. This new Executive Directive is a direct infringment on the way I pray as a practicing muslim.

4. This action violates both of Mr. Dean's rights of the 1st amendment and is a direct violation of the Religious Land Use and Institutionalized Person Act (RLUIPA).

5. This policy that the Indiana Department of Correction that has allowed to be created by its entity or agencies or other principalities such as PCF is a violation to Mr. Dean's rights to the United States Constitution.

6. Robert Carter is sued in his official capacity as the commissioner of the Indiana Department of Correction. He is legally responsible for the overall operation of the Indiana Department of Correction.

7. Brian Smith is sued in his official capacity as the superintendent of the Putnamville Correctional Facility. He is legally responsible for the operation of this facility and for the welfare of all inmates within it.

8. Tim Phegley is sued in his official capacity as the superintendent's assisstant of operation for the Putnamville Correctional Facility. He is legally responsible for the operation of this facility and for the welfare of all inmates within it.

9. The Plaintiff has written letters to administrative staff and the Religious Director Mr. Liebel asking for assisstance in this issue. See exhibit "C".

10. This is how the Defendant's are using the present policy, deny the Plaintiff the ability to pray. As stated earlier this new Executive Directive, referred to as "Exhibit A", has now disallowed sitting or laying.

11. As a muslim when we do our prayers which is called "Salat" we are obligated by our religious text known as the Qur'An to prostrate as we do our prayers.

12. The Indiana Department of Correction has created a handbook of religious beliefs and practice as an outline for all the practices of religions by inmates within IDOC. See exhibit "D", page 3: Section C, Worship Salat.

13. The above meantioned handbook states very clearly that practicing muslims prostrate themselves and sit while doing their prayers and also it acknowledges that muslims are required by both authoritive text as the Quran and the Ahâdith which is islamic/muslim authoritive law. See exhibits "E" and "F".

14. It is the Policy of the Defendants' in their official capacities to deny the Plaintiff the ability to practice and exersize Mr. Dean's religious beliefs as a practicing muslim.

15. The Plaintiff has tried to exhaust all his administrative remedies with regard to this issue but the Plaintiff's grievance has not been granted. See exhibit "G", 1 - 9.

16. The actions and inactions of the Defendants are causing the Plaintiff irreparable harm for which there is no adequate remedy at law.

17. At all times the Defendants have failed to act under the color of state law.

18. The Defendants' refusal allow the Plaintiff to pray in accordance with his religious belief and have violated his right to the 1st amendment of the United States Constitution under the clause The Right to Religious Expression and the Religious Land Use and Institutionalized Persons Act.

## Previous Lawsuits

Have you ever sued anyone for the same things you wrote in the complaint? ☐NO

## Relief

1. Declare that the Defendants have violated the United States Constitution as specified above.

2. Enter a permanent/declatorial injunction requiring that the Defendants permit the Plaintiff to pray in accordance with his religious practice such as prostrating and praying in a group/congregational setting outside normal scheduled services.

3. Accept jurisdiction of this cause and set the matter for hearing.

4. Award Plaintiff his court cost fees

5. Award all other proper relief this court finds.

## Jury Demand

Pursuant to Fed. Civil Procedures Rule 38(b), Plaintiff hereby demands a trial by jury of all triable issues in this case.

_Duwun Dean_