UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ERWIN DEAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:17-cv-00094-LJM-MJD |
| | ) |
| ROBERT CARTER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**Notice of Voluntary Dismissal**

Irwin Dean, by his counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses his complaint without prejudice.

s/ *Jan P. Mensz*
Jan P. Mensz
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202
317/635-4059
fax: 317/635-4105
jmensz@aclu-in.org

*Attorney for the plaintiff*

1

## Certificate of Service

      I hereby certify that on May 10, 2017, a copy of the foregoing was filed electronically with the Clerk of this Court. It was also mailed on this date to the following parties by first class U.S. postage, pre-paid or via certified mail.

Robert Carter
Commissioner
Indiana Department of Correction
302 W. Washington Street, Room E-334
Indianapolis, IN 46204

Tim Phegley
Assistant Superintendent of Operations
Putnamville Correctional Facility
1946 West U.S. Hwy 40
Greencastle, IN 46135

Brian Smith
Superintendent
Putnamville Correctional Facility
1946 West U.S. Hwy 40
Greencastle, IN 46135

                                                s/ *Jan P. Mensz*
                                                Jan P. Mensz
                                                Attorney at Law